IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW SMITH                                                                                    PLAINTIFF

V.                                              4:20CV1408 JM

WALMART                                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE